IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ARTHUR GENE LANE,

        Petitioner,                  No. CIV S-07-1480 LEW DAD P

    vs.

STATE OF CALIFORNIA,

        Respondent.              <u>ORDER</u>

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. Petitioner has not, however, filed his application for leave to proceed in forma pauperis on the form used by this district. Accordingly, petitioner's application will be dismissed and petitioner will be provided the opportunity to submit the application on the appropriate form.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Petitioner's July 23, 2007 application to proceed in forma pauperis is dismissed without prejudice;

/////

/////

1

2. Petitioner shall submit, within thirty days from the date of this order, an affidavit in support of his request to proceed in forma pauperis; petitioner's failure to comply with this order will result in the dismissal of this action; and

3. The Clerk of the Court is directed to send petitioner a copy of the in forma pauperis form used by this district.

DATED: August 13, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
lane1480.101a