IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ARTHUR GENE LANE,

    Petitioner,                   No. CIV S-07-1480 LEW DAD P

    vs.

STATE OF CALIFORNIA,

    Respondent.                ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has also filed a request to proceed in forma pauperis in accordance with this court's August 13, 2007 order.[1]

        Examination of the in forma pauperis affidavit reveals that petitioner is unable to afford the costs of suit. Accordingly, the request for leave to proceed in forma pauperis is granted. See 28 U.S.C. § 1915(a).

        "A petitioner for habeas corpus relief must name the state officer having custody of him or her as the respondent to the petition." Stanley v. California Supreme Court, 21 F.3d 359, 360 (9th Cir. 1994) (citing Rule 2(a), 28 U.S.C. foll. § 2254). Petitioner has named the

---

[1] On September 7, 2007, petitioner requested an extension of time to file an application to proceed in forma pauperis. Since petitioner has submitted a complete application, petitioner's request will be denied as moot.

1

State of California as respondent in this action. The State of California is not the proper respondent in this action. Accordingly, the instant petition must be dismissed with leave to amend. See Stanley, 21 F.3d at 360. In his amended petition, petitioner must name as the respondent the warden of the facility where he is incarcerated.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Petitioner's request to proceed in forma pauperis is granted;

        2. Petitioner's request for an extension of time to file an in forma pauperis application is denied as moot.

        3. Petitioner's application for writ of habeas corpus is dismissed with leave to file an amended petition within thirty days from the date of this order;

        4. Any amended petition must be filed on the form employed by this court, must name the proper respondent, and must state all claims and prayers for relief on the form. It must bear the case number assigned to this action and must bear the title "Amended Petition"; and

        5. The Clerk of the Court is directed to send petitioner the form for habeas corpus application.

DATED: September 17, 2007.

                                    DALE A. DROZD
                                    UNITED STATES MAGISTRATE JUDGE

DAD:9
lane1480.122