IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ARTHUR GENE LANE,

    Petitioner,                   No. CIV S-07-1480 LEW DAD P

  vs.

STATE OF CALIFORNIA,

    Respondent.                <u>ORDER</u>

_____/

        Petitioner is a state prisoner proceeding pro se with an application for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On December 10, 2007, respondent filed a motion to dismiss. Petitioner has not filed an opposition to the motion. Local Rule 78-230(m) provides in part: "Failure of the responding party to file written opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion . . . ." Accordingly, petitioner will be ordered to show cause and file an opposition, if any, to respondent's motion to dismiss, within twenty days.

        Respondent has filed a request for an extension of time to file a reply. Petitioner has not yet filed an opposition to respondent's motion to dismiss. Accordingly, respondent's request will be denied without prejudice as premature.

/////

1

In accordance with the above, IT IS HEREBY ORDERED that:

1. Petitioner shall show cause and file an opposition, if any, to respondent's motion to dismiss, within twenty days; and

2. Respondent's January 16, 2008 request for an extension of time is denied without prejudice as premature.

DATED: January 22, 2008.

*Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
lane1480.102