IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ARTHUR GENE LANE,** | CIV S-07-1480 LEW DAD P |
| Petitioner, | **ORDER** |
| v. | |
| **STATE OF CALIFORNIA,** | |
| Respondent. | |

Respondent has requested a thirty (30) day extension of time in which to file a reply to Petitioner's opposition to motion to dismiss. GOOD CAUSE APPEARING, Respondent is granted an extension of time to and including March 17, 2008, in which to file a reply to Petitioner's opposition to motion to dismiss.

DATED: February 14, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

/lane1480.111rep